In
The

                                                Court
of Appeals

                        Sixth
Appellate District of Texas at Texarkana

 

                                                ______________________________

 

                                                             No. 06-11-00102-CV

                                                ______________________________

 

 

                                                                  

                        IN
THE INTEREST OF S.M.M. AND T.D.M., CHILDREN

 

 

 

                                                                                                  


 

 

                                            On Appeal from the County Court at Law

                                                             Bowie County, Texas

                                                     Trial Court No. 08D1557-CCL

 

                                                              
                                    

 

 

 

                                          Before Morriss, C.J.,
Carter and Moseley, JJ.

                                        Memorandum Opinion by Chief Justice Morriss








                                                      MEMORANDUM OPINION

 

            Samantha
Moore, the sole appellant in this case, has notified the Court that she wishes
to dismiss her appeal.  Therefore, we
dismiss the appeal.  See Tex. R. App. P.
42.1.

 

 

                                                                                    Josh
R. Morriss, III

                                                                                    Chief
Justice

            

Date Submitted:          January
3, 2012

Date Decided:             January
4, 2012